# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN CHANSE RIDER,
Petitioner,
vs.
THE JUSTICE COURT OF ESMERALDA
TOWNSHIP, ESMERALDA COUNTY,
STATE OF NEVADA,
Respondent.

No. 69761

FILED

MAR 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner challenges the justice court's denial of his motion for new trial or to vacate judgment. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; *see also* Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) (noting that district courts have final appellate jurisdiction over cases arising in lower courts). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Justin Chanse Rider
Attorney General/Carson City
Esmeralda County District Attorney
Esmeralda County Clerk

16-08482